# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

Midway Airlines, Inc.,  )  Bankruptcy Case No.   91 B 6449

Debtor

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 116.84 to LESLIE C. SEWARD III claimant in the above captioned case.

Last Four Digits of Claimant's Social Security Number or EIN · 5738

_____
~~John D. Schwartz~~ Carol A. Doyle
United States Bankruptcy Judge

Dated: 10/7/08

Payment to be mailed to:

L.C. Seward III
200 S Birch Rd #1205
Ft Lauderdale, FL 33316-1537

Rev. 11-19-03

ORIGINAL