# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:                                              )
                                                    )
                                                    )    Bankruptcy Case No. 91-BK06449
                                                    )
Debtor  MIDWAY AIRLINES                             )

## Motion to Withdraw Money
### Under 28 U.S.C. § 2042

ACHILLES ALEX VLAHOPOULOS claimant, moves this Court to order the withdrawal of moneys on deposit for this estate in the name of ACHILLES ALEX VLAHOPOULOS creditor, and the payment of these moneys to claimant and in support of this motion states:

1. On 4/30/2007, the trustee of this estate deposited the sum of $ 30.67 belonging to the creditor with the Clerk of Court.

2. (Please cross out the subparagraph that does not apply) certify that the

    A. The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited.

    ~~B. The claimant is not the creditor but is entitled to payment of these moneys because (please state the basis for your claim to the moneys)~~

_____

(Please attach a copy of any supporting document).

*Achilles Alex Vlahopoulos*
Signature of Claimant or Attorney

ACHILLES ALEX VLAHOPOULOS
Printed Name

118 LAKESIDE DR  APT 413

ST. CHARLES IL  60174-7908
Mailing Address

### Certification

I, ACHILLES ALEX VLAHOPOULOS, claimant, certify that the statements in the foregoing motion are true and correct.

*Achilles Alex Vlahopoulos*   8920
Signature of Claimant and Last Four Digits of
Claimant's Social Security Number or EIN

(i)   If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)  If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)  If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v)   Attach other documents showing entitlement should none of the foregoing apply.

Rev. 11-19-03

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 0 3 2010

KENNETH S. GARDNER, CLERK
TEAM - E